# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### ABILENE DIVISION

HONORABLE __SAM R. CUMMINGS__ PRESIDING
DEPUTY CLERK __SHIRLEY HARTMAN__   COURT REPORTER/TAPE: __MECHELLE DANIEL__
LAW CLERK ____   USPO __W. McKim__
INTERPRETER ____   COURT TIME: ___ hours __5__ minutes
A.M. __10:25-10:30__ P.M. ____   DATE: __1-17-07__

CR. No. __1:06-CR-041-C__   DEFT. No. __1__

UNITED STATES OF AMERICA   §   __Jeff Haag__, AUSA
v.   §
__RAYMOND ANTHONY LARA__   §   __Robert McCool__ (R)
Defendant's Name       Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

☑ Sentencing held. ☐ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.
☐ Change of plea hearing, deft withdraws plea of guilty.
☐ Pre Sentencing Guidelines
☑ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87). ☐ Departs Upward ☐ Departs Downward
☑ **SENTENCING TEXT:**
  ☐ Deft. placed on: Probation for ____ years.
  ☑ Deft. committed to custody of the BOP to be imprisoned for a TOTAL term of __60__ months. __see jgmt__
  ☑ Deft. placed on: Supervised Released for __5__ years ____
  ☐ Restitution ordered in the amount of $ ____ payable as set forth in the Judgment.
  ☐ Fine imposed in the amount of $____ payable as set forth in the Judgment.
  ☑ Oral motion by government dismissing ☑ Remaining Counts and/or ☐ Original Indictment as to this defendant.
    ☑ Oral Order granting
  ☐ Order dismissing original Indictment/Information to be entered upon government's written motion.
  ☑ $ __100.00__ special assessment on Count(s) __6__
    of ☑ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.
☐ Trial set for: ____
☐ Defts bond ☐ set ☐ reduced to $ ____ ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ Deft ordered to surrender to U.S. Marshal on ____
☐ Deft ordered to surrender to the designated institution on ____ by 2:00 p.m.
☐ Deft failed to appear, bench warrant to issue.
☐ Bond ☐ continued ☐ revoked
☑ Deft Advised of his right to appeal.
☐ Deft requests Clerk to enter notice of Appeal.
☐ Deft Custody/Detention continued.
☑ Deft REMANDED to custody. ☑ Court recommends incarceration at __FCI Seagoville__.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 17 2007
CLERK, U.S. DISTRICT COURT
By ____ Deputy

OTHER PROCEEDINGS: ____

Copy to:   Minute Order Book